UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 4 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-19-466 |
| ALFONSO VILLARREAL-FLORES | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about November 23, 2018, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ALFONSO VILLARREAL-FLORES,**

did knowingly export and send from the United States to the Republic of Mexico, certain merchandise, articles and objects, specifically a firearm, namely, a Glock Model 42, .380 caliber pistol with a serial number of ACVN235, being contrary to law and regulation of the United States, to wit: Title 22, United States Code, Section 2778(b)(2).

In violation of Title 18, United States Code, Section 554(a).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
Brian McDonald
Assistant United States Attorney